**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In re:**                                                :
                                                          :
**Timothy Owen Clark**                      :          **Case No.: 10-61489**
                                                          :          **Chapter 13**
       **Debtor(s).**                             :          **Judge C. Kathryn Preston**
                                                          :          * * * * * * * * * * * * * * * * * * * * * * * *
                                                          :
                                                          :

| | | | |
|---|---|---|---|
| **Name of creditor** | US Bank Trust National Association, as trustee of the PRP II PALS Investments Trust, by and through its mortgage servicing agent SN Servicing Corp., | **Court claim no.** (if known) | 17 |
| **Last four digits** of any number you use to identify the debtor's account: | 0206 | | |

### Response to Notice of Final Cure Payment

As contemplated by Fed. R. Bankr. Proc. 3002, US Bank Trust National Association, as trustee of the PRP II PALS Investments Trust, by and through its mortgage servicing agent SN Servicing Corp., ("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 11/13/15 and filed as Docket No. 85

### Pre-Petition Default Payments (applicable option is checked)

☒  Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐  Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

### Post-Petition Default Payments (applicable option is checked)

☒  Agrees that Debtor(s) is current with respect to all payments consistent with *§* 1322(b)(5) of the Bankruptcy Code.

☐  Disagrees that Debtor(s) is current with respect to all payments consistent with *§* 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Pursuant to Federal Bankruptcy Rule 3002.1(h), within 21 days of the service of this Response, the Trustee and/or the Debtor shall request a hearing to determine whether the Debtor has cured the default and paid all required post-petition amounts.

| **Sign Here** | | | |
|---|---|---|---|
| x  /s/ Adam B. Hall  <br>Signature | | Date  December 4, 2015 | |
| Print: | Adam B. Hall (0088234) | Title  Attorneys for Creditor | |
| | Edward H. Cahill (0088985) | | |
| | John R. Cummins (0036811) | | |
| | Daniel C. Wolters (0076521) | | |
| Company | Manley Deas Kochalski LLC | | |
| Address | P.O. Box 165028  <br>Number       Street | | |
| | Columbus, OH  43216-5028  <br>City       State       ZIP Code | | |
| Contact phone | 614-220-5611 | Email | abh@manleydeas.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4 , 2015, a copy of the foregoing Response to Notice of Final Cure was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, #200, Columbus, OH  43215

Frank M. Pees, 130 East Wilson Bridge Road, Suite 200, Worthington, OH  43085

Mark Albert Herder, Attorney for Timothy Owen Clark, 1031 East Broad Street, Columbus, OH  43205, Markalbertherder@yahoo.com

and on the below listed parties by regular U.S. mail, postage prepaid:

Timothy Owen Clark and Valerie Clark, 1125 W. Main Street, Lancaster, OH  43130

Fairfield County Treasurer, 210 East Main Street , Lancaster , OH  43130

Citifinancial, 300 Saint Paul Place, Baltimore, MD  21202

CitiMortgage, Inc., 1000 Technology Drive, MS 314, O'Fallon, MO  63368

John Shonkwiler, c/o Cheek and Zeehandler, 471 E. Broad Street, Ste 1200, Columbus, OH  43215

/s/ Adam B. Hall